UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __18-1827__   Caption: Lula Williams v. Big Picture Loans, LLC

Appellants Ascension Technologies, LLC and Big Picture Loans, LLC
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Volume IV of the Joint Appendix

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   December 28, 2017; January 3, 2018; July 25, 2018; and the Protective Order filed September 22, 2017

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   These documents are corporate, tribal, and financial documents that were placed under seal by the District Court for good cause show, including the protection of proprietary and confidential materials.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

| 10/15/18 | William H. Hurd |
|---|---|
| (date) | (signature) |

02/05/2014 SCC